| AO 10<br>Rev. 1/2019 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2018 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial)<br><br>Lane, Sean H. | 2. Court or Organization<br><br>U.S. Bankruptcy Court for the Southern District of NY | 3. Date of Report<br><br>08/02/2019 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>Bankruptcy Judge - full time | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2018<br>to<br>12/31/2018 |

| 7. Chambers or Office Address<br><br>U.S. Bankruptcy Court<br>Alexander Customs House, One Bowling Green<br>New York, NY 10004 |
|---|

| **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts,<br>checking the NONE box for each part where you have no reportable information.* |
|---|

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Co-Trustee | Trust #1 |
| 2. | Trustee | Trust #2 |
| 3. | Trustee | Trust #3 |
| 4. | | |
| 5. | | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 1996 | Participation in Baker Hostetler 401k plan |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lane, Sean H. | 08/02/2019 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2018 | Group Hospitalization and Medical Services, Inc. (salary) |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | M&A Advisor | March 20-22, 2018 | Palm Beach, FL | Summit | Transportation, meals, lodging |
| 2. | HVBBA | September 13-14, 2018 | Hyde Park, NY | Consumer Bankruptcy Program | Transportation, meals, lodging |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lane, Sean H. | 08/02/2019 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Federal subsidized student loans through University of Notre Dame (Stafford and Perkins loans) | College loans for student #1 | J |
| 2. | Federal subsidized student loans through Bowdoin College (Stafford and Perkins loans) | College loans for student #2 | J |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lane, Sean H. | 08/02/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Chase Bank (cash) | A | Interest | L | T | | | | | |
| 2. U.S. Savings Bonds | A | Int./Div. | J | W | | | | | |
| 3. Baker Hostetler 401k (H) | | | | | | | | | |
| 4. Fidelity Growth Co. K. (FGCKX) | C | Dividend | L | T | | | | | |
| 5. TRP Div. Growth I (PRDGX) | B | Dividend | K | T | | | | | |
| 6. Fidelity 500 Index (FXAIX) | B | Dividend | K | T | | | | | |
| 7. Carefirst BlueCross BlueShield 401k (H) | | | | | | | | | |
| 8. Vanguard Institutional Index (VINIX) | A | Dividend | M | T | | | | | |
| 9. Artisan Mid Cap Inst (APHMX) | | None | L | T | | | | | |
| 10. Fidelity Freedom 2040 K (FSNVX) | | None | N | T | | | | | |
| 11. Life Insurance (H) | | | | | | | | | |
| 12. Northwestern Mutual Life Insurance Policy #1 | A | Dividend | J | T | | | | | |
| 13. Northwestern Mutual Life Insurance Policy #2 | A | Dividend | J | T | | | | | |
| 14. NY State 529 Plan #1 (H) | | | | | | | | | |
| 15. Mid-Cap Stock Index Portfolio | | None | J | T | Buy | 03/19/18 | J | | |
| 16. Growth Stock Index Portfolio | | None | J | T | Buy | 03/19/18 | J | | |
| 17. Growth Portfolio | | None | J | T | Buy | 03/19/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lane, Sean H. | 08/02/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. NY State 529 Plan #2 (H) | | | | | | | | | |
| 19. Mid Cap Stock Index Portfolio | | None | J | T | | | | | |
| 20. Growth Stock Index Portfolio | | None | J | T | | | | | |
| 21. Small Cap Stock Index Portfolio | | None | K | T | | | | | |
| 22. Conservative Age-Based Option: Conservative Income Portfolio | | None | L | T | | | | | |
| 23. NY State 529 Plan #3 (H) | | | | | | | | | |
| 24. Conservative Age-Based Option: Interest Accumulation Portfolio | | None | | | Sold (part) | 07/23/18 | K | | |
| 25. | | | | | Sold | 12/08/18 | J | | |
| 26. Mid Cap Stock Index Portfolio | | None | | | Sold (part) | 07/23/18 | J | | |
| 27. | | | | | Sold | 12/08/18 | J | | |
| 28. Growth Stock Index Portfolio | | None | | | Sold (part) | 07/23/18 | J | | |
| 29. | | | | | Sold | 12/08/18 | J | | |
| 30. Small Cap Stock Index Portfolio | | None | | | Sold (part) | 07/23/18 | J | | |
| 31. | | | | | Sold | 12/08/18 | J | | |
| 32. Trust Acct #3 (H) | | | | | | | | | |
| 33. American Centy Mun TR Intermediate Term Tax Free Cl Y (ATBYX) | A | Dividend | | | Sold | 10/17/18 | K | | |
| 34. Bernstein Sanford C Fd Inc (SNEMX) | A | Dividend | | | Sold | 10/17/18 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lane, Sean H. | 08/02/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Blackrock Index Fds Inc (BTMKX) | A | Dividend | K | T | Sold (part) | 10/17/18 | J | A | |
| 36. Causeway Cap Mgmt Tr. Int'l Value Fund Instl Cl (CIVIX) | | None | J | T | | | | | |
| 37. Dodge & Cox Funds International Stock Fund (DODFX) | A | Dividend | J | T | Sold (part) | 10/17/18 | J | | |
| 38. Fidelity Salem STR TR Fidelity 500 Index Fund (FXAIX) | A | Dividend | J | T | | | | | |
| 39. John Hancock Income Fund CL R6 (JSNWX) | A | Dividend | | | Sold | 10/17/18 | J | B | |
| 40. Harris Assoc Invt TR (OANIX) | | None | | | Sold | 10/17/18 | J | B | |
| 41. IShares Inc Japan ETF (EWJ) | | None | | | Sold | 10/17/18 | J | A | |
| 42. J P Morgan Exchange Traded FD TR BetaBuilders CDA (BBCA) | A | Dividend | J | T | Buy | 10/19/18 | J | | |
| 43. J P Morgan Exchange Traded FD TR BetaBuilders Japan (BBJP) | A | Dividend | J | T | Buy | 10/19/18 | J | | |
| 44. JPMorgan TR 1 Large Cap Value Fd CL R6 (JLVMX) | A | Dividend | J | T | Buy | 10/19/18 | J | | |
| 45. JPMorgan TR 1 Tax Aware Equity Fund (JPDEX) | A | Dividend | J | T | Buy | 10/19/18 | J | | |
| 46. JPMorgan TR I US Equity FD CL R6 (JUEMX) | | None | | | Sold | 10/17/18 | J | B | |
| 47. JPMorgan Trust II Short-Inter Mun BD FD Instl (OSTAX) | | None | | | Sold | 10/17/18 | K | | |
| 48. Loomis Sayles FDS II Growth Fund Class N (LGRNX) | A | Dividend | J | T | Buy | 10/19/18 | J | | |
| 49. Massachusetts Invs TR (MITTX) | | None | | | Sold | 10/17/18 | J | B | |
| 50. Oppenheimer Intl Growth FD CL 1 (OIGIX) | A | Dividend | J | T | Buy | 10/19/18 | J | | |
| 51. Pimco Low Duration Fund (PTLAX) | | None | | | Sold | 10/17/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lane, Sean H. | 08/02/2019 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Pimco Total Return Fund (PTTRX) | A | Dividend | | | Sold | 10/17/18 | J | | |
| 53. Six Circles TR Intl Unconstrained Equity (CIUEX) | A | Dividend | J | T | Buy | 10/19/18 | J | | |
| 54. Six Circles TR US Unconstrained Equity (CUSUX) | A | Dividend | J | T | Buy | 10/19/18 | J | | |
| 55. T Rowe Price Summit Municipal Intermediate Fund | A | Dividend | | | Sold | 10/17/18 | K | A | |
| 56. SPDR S&P 500 ETF Trust | | None | | | Sold | 10/17/18 | K | D | |
| 57. Vanguard Short Term Inflation Protected | | None | | | Sold | 10/17/18 | J | | |
| 58. Vanguard Index TR Vanguard 500 Index Fd. Adm. (VFIAX) | A | Dividend | L | T | Buy | 10/19/18 | L | | |
| 59. Vanguard Index TR Vanguard Intl Equity Index Fd. FTSE Europe ETF (VGK) | A | Dividend | J | T | | | | | |
| 60. Aberdeen Fds Ultr Shrt Mun Incm Fd Instl Cl (ATOIX) | A | Dividend | K | T | Buy | 10/19/18 | K | | |
| 61. Blackrock Mun BD FD Inc National Muni (BNMLX) | A | Dividend | K | T | Buy | 10/19/18 | K | | |
| 62. Dodge & Cox Income Fund (DODIX) | A | Dividend | J | T | Buy (add'l) | 10/19/18 | J | | |
| 63. | | | | | Sold (part) | 12/13/18 | J | | |
| 64. Fidelity Intermediate Municipal Income (FLTMX) | A | Dividend | K | T | Buy | 10/19/18 | K | | |
| 65. Hancock John FDS II Strategic Inc R6 (JIPRX) | A | Dividend | J | T | Buy | 10/19/18 | J | | |
| 66. | | | | | Sold (part) | 12/13/18 | J | | |
| 67. IShares Tips Bond ETF (TIP) | A | Dividend | J | T | Buy | 10/19/18 | J | | |
| 68. IShares Trust IShares 1 3 Year Treasury (SHY) | A | Dividend | J | T | Buy | 12/13/18 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. JPMorgan TR I Intermediate Tax Free B (JITZX) | A | Dividend | K | T | Buy | 10/19/18 | K | | |
| 70. JPMorgan TR II Core Plus BD FD Ultra Cl (JCPUX) | A | Dividend | J | T | Buy | 10/19/18 | J | | |
| 71. Mainstay Funds, MacKay High Yield Corp Bd Fd R6 (MHSYS) | A | Dividend | J | T | | | | | |
| 72. MFS Ser TR X Emerging Markets Debt Fd R6 (MEDHX) | A | Dividend | J | T | Sold (part) | 10/17/18 | J | A | |
| 73. Pimco Income FD Instl CL (PIMIX) | A | Dividend | J | T | Buy | 10/19/18 | J | | |
| 74. Pimco Short Term Fund Instl Cl (PTSHX) | A | Dividend | J | T | Sold (part) | 10/17/18 | J | A | |
| 75. Six Circles TR Tax Aware Ultra Short (CUTAX) | A | Dividend | J | T | Buy | 10/19/18 | J | | |
| 76. Tax Exempt BD FD Amer CL F3 (AFTEX) | B | Dividend | K | T | Buy | 10/19/18 | J | | |
| 77. Wells Fargo FDS TR Short Term Municip (WSBIX) | A | Dividend | K | T | Buy | 10/19/18 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lane, Sean H. | 08/02/2019 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Trust #1 and Trust #2 are estate planning vehicles and do not contain reportable assets.

Part VII, line 6: Corporate exchanges only; see 2017, line 5. There is not a reportable transaction associated with this change.

Part VII, line 12: Whole life policy (Adjustable Complife); no underlying investments.

Part VII, line 13: Non-term policy with cash value (65 Life); no underlying investments.

Part VII, lines 14-31: All investments are specific to the NY State 529 Plan.

Part VII, lines 33-41, 46, 47, 49, 51, 52, 55-57, 59, 62, 71, 72, and 74 became reportable in this cycle without corresponding reportable transactions.

Part VII, Column B: Lines reflecting no income are so reported because none was attributed to those particular holdings during the reporting period, whether taxable, tax exempt, or tax deferred, or because the investments do not allocate income to individual holdings, but instead are credited only in unit value, per page 42 of the filing instructions.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Sean H. Lane**

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544